UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR F-03-5054 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| TRENT DAVIS, | ) | |
| | ) | |
| Defendant | ) | ORDER RESETTING HEARING |
| _____ | ) | |

    This case having previously been reassigned to United States District Judge Oliver W. Wanger,

    IT IS HEREBY ORDERED that the hearing after remand as to defendant TRENT DAVIS be re-set for hearing on Monday, March 27, 2006 at 9:00 a.m. before Judge Wanger.

    All further proceedings in this matter shall be heard by Judge Wanger.

IT IS SO ORDERED.

**Dated:   March 15, 2006**         /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1