DANIEL J. BRODERICK, #89424
Acting Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TRENT DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:03-CR-5054 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING, AND ORDER THEREON |
| v. | ) | |
| TRENT DAVIS, | ) | |
| Defendant. | ) | Date:   May 22, 2006<br>Time:   9:00 a.m.<br>Judge:  Honorable Oliver W. Wanger |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above- entitled matter now set for May 8, 2006, may be continued to **May 22, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and § 3161(h)(8)(iv).

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 4, 2006 | By: | /s/ Mark E. Cullers<br>MARK E. CULLERS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: May 4  2006 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Trent Davis |

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 7, 2006**             /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

Stipulation to Sentencing Hearing                    2