DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. F 03-5054 OWW |
|---|---|---|
| Plaintiff, | ) | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) | |
| TRENT DAVIS, | ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) | |

Defendant, TRENT DAVIS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney DAWRENCE RICE, hereby stipulate as follows:

   1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.   The sentencing range applicable to Mr. Davis was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3.   Accordingly, Mr. Davis's adjusted offense level has been reduced from 32 to 30, and a sentence at the bottom of the newly applicable guideline range would be 168 months;

4.   Mr. Davis merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Davis's positive post-sentencing conduct;

5.   Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Davis's term of imprisonment to term of 168 months.

Dated:  November 17, 2009

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Dawrence Rice*  
DAWRENCE RICE  
Assistant U.S. Attorney  

*/s/ David M. Porter*  
DAVID M. PORTER  
Assistant Federal Defender  

Attorney for Plaintiff  
UNITED STATES OF AMERICA  

Attorney for Movant  
TRENT DAVIS  

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On May 22, 2006, this Court sentenced Mr. Davis to a term of imprisonment of 210 months.  The parties agree, and the Court finds, that Mr. Davis is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 32 to 30.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to term of 168 months;

/ / /

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

    Unless otherwise ordered, Mr. Davis shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   November 17, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-